# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00856-CR

**Richard Deangelo Dunlap, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
## NO. 67,032, THE HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Deangelo Dunlap seeks to appeal from a judgment of conviction for failure to register as a sex offender. *See* Tex. Code Crim. Proc. Ann. art. 62.102 (West 2006). The trial court has certified that: (1) this is a plea bargain case and Dunlap has no right of appeal, and (2) Dunlap waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: January 31, 2012

Do Not Publish